# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case |
| HILLINA M. BELAY, ) | No. 22-10227-KHK |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| H. JASON GOLD, IN HIS CAPACITY AS ) | |
| CHAPTER 7 TRUSTEE FOR HILLINA M. ) | |
| BELAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 22-01033 |
| ) | |
| MOHAMED ALBATAINEH, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

UPON CONSIDERATION of the Plaintiff's Motion for Entry of Default and Default Judgment ("Motion") ("Doc. No. 6") filed by the plaintiff, H. Jason Gold in his capacity as chapter 7 trustee for Hillina M. Belay ("Trustee"), and it appearing to the Court that the Summons issued by the Court and served upon the Defendant in accordance with Fed. R. Bankr. P. 7004 required the Defendant to answer or otherwise respond to the Complaint on or before July 1, 2022; and it appearing that the Defendant has failed to plead or otherwise respond to the Complaint; and it appearing that proper and adequate notice of the Motion has been given and that no further notice is necessary; and it appearing that there is good and sufficient cause to grant the Motion:

Dylan G. Trache, Va. Bar No. 45939
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
(202) 689-2800
*Counsel to the Chapter 7 Trustee*

IT IS HEREBY ORDERED:

1. The Motion is Granted.

2. Judgment is entered in favor of H. Jason Gold in his capacity as Trustee for Hillina M. Belay and against Mohamed Albataineh, avoiding the Special Warranty Deed with Assumption and the transfer of Lot Thirty-Three (33), in Block One (1) of Lakes of Bella Terra Sec. 26 a Subdivision in Fort Bend County, Texas, according to the Map or Plat thereof Recorded Under Plat No. 20140021 of the Plat Records of Fort Bend County, Texas with the address of 23427 Farfalla Lane, Richmond, Texas 77406 (the "Property"), vesting the entire Property in the bankruptcy estate for administration by the Trustee and preserving the Property for the benefit of the bankruptcy estate of Hillina M. Belay.

3. As a result of the foregoing, defendant Mohamed Albataineh has no interest in the Property, and neither defendant nor his agents and members shall interfere with the Trustee's administration and marketing of the Property.

4. The Trustee is authorized to take all necessary steps to obtain control of the Property, including, without limitation, rekeying the Property, communicating with the debtor regarding access to the Property, and any matters related thereto.

5. This Order may be recorded in the land records of Fort Bend County, Texas.

6. This is a Final Order in this Adversary Proceeding.

Dated: Aug 4 2022

Dated: _____, 2022

/s/ Klinette H Kindred
_____
United States Bankruptcy Judge
Entered On Docket: August 5, 2022

PREPARED BY:

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
Email:  dylan.trache@nelsonmullins.com


By:     /s/ Dylan G. Trache
         Dylan G. Trache, Va. Bar No. 45939

*Counsel to the Chapter 7 Trustee*


CERTIFICATION PURSUANT TO LOCAL RULE 9022-1: SERVICE

I HEREBY CERTIFY that on this 3rd day of August 2022, a copy of the foregoing Order was sent by first class mail, postage prepaid, to:

Mohamed Albataineh
23427 Farfalla Lane
Richmond, Texas 77406


  /s/ Dylan G. Trache
Dylan G. Trache


LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

Dylan G. Trache
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001

Mohamed Albataineh
23427 Farfalla Lane
Richmond, Texas 77406

- 3 -

4858-9433-0157